[No. 81311-6. En Banc.]
Filed June 25, 2009.      Decided October 22, 2009.

CHAD A. THOMPSON ET AL., *Respondents*, v. PAUL V. HANSON ET AL., *Petitioners*.

The opinion in the above captioned case, which appeared in the advance sheets at 167 Wn.2d 414-27, has been omitted from this permanent bound volume because of an amendment of the majority opinion made by an order of the Supreme Court dated March 26, 2010. The opinion, as modified, appears at 168 Wn.2d 738.